UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
JOSEPH LANDAU
on behalf of himself and
all other similarly situated consumers

                        Plaintiff,

        -against-


FORSTER & GARBUS LLP

                   Defendant.

--------------------------------------------------------

## CLASS ACTION COMPLAINT

### *Introduction*

1.    Plaintiff Joseph Landau seeks redress for the illegal practices Forster & Garbus LLP concerning the collection of debts, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et *seq.* ("FDCPA").

### *Parties*

2.    Plaintiff is a citizen of the State of New York who resides within this District.

3.    Plaintiff is a consumer as that term is defined by Section 1692(a)(3) of the FDCPA, in that the alleged debt that Defendant sought to collect from Plaintiff a consumer debt purportedly owed to American Express Bank, FSB.

4.    Upon information and belief, Defendant's principal place of business is located in Dallas, Texas.

5.    Defendant is regularly engaged, for profit, in the collection of debts allegedly owed by consumers.

6.    Defendant is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

### Jurisdiction and Venue

7.    This Court has federal question jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

8.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), as the acts and transactions that give rise to this action occurred, in substantial part, in this district.

### Allegations Particular to Joseph Landau

9.    Upon information and belief, on a date better known by Defendant, Defendant began to attempt to collect an alleged consumer debt from the Plaintiff.

10.   On or about June 23, 2010, the Plaintiff received a Summons, for a lawsuit filed against him by American Express Bank, in the Supreme Court of the State of New York, County of Sullivan.

11.   Plaintiff did not reside, nor did he ever reside in Sullivan County at the time the lawsuit was filed.

12.   Plaintiff provides as "Exhibit B," an attachment of a series of utility statements, proving that the Plaintiff did not reside in Sullivan County at the time the lawsuit was commenced, but rather resided, and still resides in Kings County.

13.   Defendant knew or should have known that Plaintiff's residence did not create grounds for venue in the Supreme Court of the State of New York, County of Sullivan, as alleged in the Summons and the Formal Complaint.

      Langendorfer v. Kaufman, 2011 WL 3682775 (S.D. Ohio Aug. 23, 2011). (A complaint alleging a § 1691i venue violation in the underlying collection litigation was not time-

barred, as the court adopted all three alternative bases advanced: the statute of limitations was triggered upon service of process and not the filing of the suit, the unlawful venue claim was subject to the continuing violation rule, and the discovery rule applied.), <u>Canady v. Wisenbaker Law Offices, P.C.</u>, 372 F. Supp. 2d 1379 (N.D. Ga. 2005). (The court rejected as a matter of law the attorney collection firm's bona fide error defense since, once it had acquired actual knowledge from its process server that it had filed suit in an improper venue, it failed to follow its own internal procedures that required it to abandon the suit and instead intentionally continued to pursue the collection litigation, obtained a default, and pursued garnishment.)

14. Defendant's service of the said Summons and Complaint upon Plaintiff violates the FDCPA because this litigation was commenced in a jurisdiction other than a jurisdiction in which the Plaintiff resides, namely, the Supreme Court of the State of New York, County of Sullivan, and is therefore a communication in violation of numerous and multiple provisions of the FDCPA including but not limited to 15 U.S.C. §§ 1692e, 1692e(2), 1692e(5), 1692e(10), 1692f, and 1692i(a)(2).

## <u>AS AND FOR A FIRST CAUSE OF ACTION</u>

***Violations of the Fair Debt Collection Practices Act brought by Plaintiff on behalf of himself and the members of a class, as against the Defendant.***

15. Plaintiff re-states, re-alleges, and incorporates herein by reference, paragraphs one (1) through fourteen (14) as if set forth fully in this cause of action.

16. This cause of action is brought on behalf of Plaintiff and the members of a class.

17. The class consists of all persons whom Defendant's records reflect resided in New York who received a communication from Defendant within one year prior to the date of the within complaint up to the date of the filing of the complaint; and the communication

was served in a jurisdiction other than a jurisdiction in which the Plaintiff resides, in violation of 15 U.S.C. §§ 1692e, 1692e(2), 1692e(5), 1692e(10), 1692f, and 1692i(a)(2).

18.   Pursuant to Federal Rule of Civil Procedure 23, a class action is appropriate and preferable in this case because:

(a) Based on the fact that a form communication is at the heart of this litigation, the class is so numerous that joinder of all members is impracticable.

(b) There are questions of law and fact common to the class and these questions predominate over any question(s) affecting only individual class members.  The principal question presented by this claim is whether the Defendant violated the FDCPA.

(c) The only individual issue involves the identification of the consumers who received such communications, (*i.e.* the class members).  This is purely a matter capable of ministerial determination from the records of the Defendant.

(d) The claims of the Plaintiff are typical of those of the class members.  All of the respective class claims are based on substantially similar facts and legal theories.

(e) The Plaintiff will fairly and adequately represent the class members' interests. The Plaintiff has retained counsel experienced in bringing class actions and collection abuse claims. The Plaintiff's interests are consistent with those of the members of the class.

19.   A class action is superior for the fair and efficient adjudication of the class members' claims. Congress specifically envisions class actions as a principal means of enforcing the FDCPA. 15 U.S.C. § 1692(k). The members of the class are generally unsophisticated individuals, whose rights will not be vindicated in the absence of a class

action. Prosecution of separate actions by individual members of the classes would create the risk of inconsistent or varying adjudications resulting in the establishment of inconsistent or varying standards for the parties and would not be in the interest of judicial economy.

20. If the facts are discovered to be appropriate, the Plaintiff will seek to certify a class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure.

21. Collection attempts, such as those made by the Defendant are to be evaluated by the objective standard of the hypothetical "least sophisticated consumer."

### *Violations of the Fair Debt Collection Practices Act*

22. The Defendant's actions as set forth above in the within complaint violates the Fair Debt Collection Practices Act.

23. Because the Defendant violated the Fair Debt Collection Practices Act, the Plaintiff and the members of the class are entitled to damages in accordance with the Fair Debt Collection Practices Act.

WHEREFORE, Plaintiff, respectfully requests that this Court enter judgment in his favor and against the Defendant and award damages as follows:

   (a)   Statutory and actual damages provided under the FDCPA, 15 U.S.C. § 1692(k);

   (b)   Attorney fees, litigation expenses and costs incurred in bringing this action; and

   (c)   Any other relief that this Court deems appropriate and just under the circumstances.

Dated: Cedarhurst, New York
March 9, 2015


_____/s/ Adam J. Fishbein_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
Telephone (516) 791-4400
Facsimile (516) 791-4411


Plaintiff requests trial by jury on all issues so triable.


_____/s/ Adam J. Fishbein_____
Adam J. Fishbein (AF-9508)

# Exhibit A



## SULLIVAN COUNTY – STATE OF NEW YORK
### DANIEL L BRIGGS, COUNTY CLERK
### 100 NORTH STREET, MONTICELLO, NY 12701

---

### COUNTY CLERK'S RECORDING PAGE
#### ***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***



| Recording: | |
|---|---|
| Index Number - State | 165.00 |
| Index Number - County | 25.00 |
| Records Management Court | 1.00 |
| Records Management Court | 4.75 |
| Cultural Ed Court | 14.25 |
| | |
| Sub Total: | 210.00 |

RECEIPT NO. : 2010286627

| | | Total: | 210.00 |
|---|---|---|---|

**** NOTICE: THIS IS NOT A BILL ****

```
Clerk:    KF
Case#:    2010-2096
Rec Date: 06/23/2010 09:08:19 AM
Doc Grp:  CIV
Descrip:  INDEX APPL
Num Pgs:  1
Rec'd Frm: RIGHT WAY PROCESSING

Party1:   AMERICAN EXPRESS BANK FSB
Party2:   LANDAU JOSEPH
```

I hereby certify that the within and foregoing was
recorded in the Sullivan County Clerk's Office

*Daniel L. Briggs*

Record and Return To:

Daniel L. Briggs
Sullivan County Clerk

### ***THIS IS NOT AN INVOICE***

SUPREME COURT OF THE STATE OF NEW YORK          INDEX # 2010-2096  5
COUNTY OF SULLIVAN                                        SUMMONS
--------------------------------------------------

AMERICAN EXPRESS BANK, FSB                  PLAINTIFF'S ADDRESS
                              PLAINTIFF, 200 VESEY ST FL 44
                                         NEW YORK NY 10285

        - AGAINST -                                                X
                                         DEFENDANT'S ADDRESSES
JOSEPH LANDAU                            1123 GLEN WILD RD

                              DEFENDANT(S). WOODRIDGE NY 12789
--------------------------------------------------

CONSUMER CREDIT TRANSACTION


THE BASIS OF THE VENUE IS:
     A DEFENDANT RESIDES IN THE COUNTY OF SULLIVAN
     THE TRANSACTION TOOK PLACE IN THE COUNTY OF SULLIVAN


TO THE ABOVE NAMED DEFENDANT(S): JOSEPH LANDAU

YOU ARE HEREBY SUMMONED TO ANSWER THE COMPLAINT IN THIS ACTION AND TO
SERVE A COPY OF YOUR ANSWER ON THE PLAINTIFF'S ATTORNEY(S) WITHIN
20 DAYS AFTER THE SERVICE OF THIS SUMMONS, EXCLUSIVE OF THE DAY OF
SERVICE (OR WITHIN 30 DAYS AFTER THE SERVICE IS COMPLETE IF THIS
SUMMONS IS NOT PERSONALLY DELIVERED TO YOU WITHIN THE STATE OF NEW YORK).



UPON YOUR FAILURE TO ANSWER, JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT, TOGETHER WITH THE COSTS OF THIS ACTION.

DATED THE 14 DAY OF JUNE      , 2010

                                    FORSTER & GARBUS LLP
     FILE NO.                       ATTORNEY(S) FOR PLAINTIFF
D74272188372001                     500 BI COUNTY BLVD
                                    FARMINGDALE, NY 11735
ORIG ACCT# END IN: 3016             (631) 393-9400

NOTE: THE LAW PROVIDES THAT:
     (A) IF THIS SUMMONS IS SERVED BY ITS DELIVERY TO YOU PERSONALLY WITHIN
THE COUNTY OF SULLIVAN     YOU MUST APPEAR AND ANSWER WITHIN 20 DAYS AFTER
SUCH SERVICE: OR
     (B) IF THIS SUMMONS IS SERVED BY DELIVERY TO ANY PERSON OTHER THAN YOU
PERSONALLY, OR IS SERVED OUTSIDE THE COUNTY OF SULLIVAN   , OR BY PUBLI-
CATION, OR BY ANY MEANS OTHER THAN PERSONAL DELIVERY TO YOU WITHIN THE
COUNTY OF SULLIVAN     YOU ARE ALLOWED 30 DAYS AFTER SERVICE IS COMPLETE
WITHIN WHICH TO APPEAR AND ANSWER.




DEFENDANT'S POB:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN

*2010-2096*

FORMAL COMPLAINT

------------------------------------------------

AMERICAN EXPRESS BANK, FSB

PLAINTIFF,

- AGAINST -

JOSEPH LANDAU

DEFENDANT(S).

------------------------------------------------

PLAINTIFF, BY ITS ATTORNEY(S), COMPLAINING OF THE DEFENDANT(S), UPON INFORMATION AND BELIEF, ALLEGES:

1. THAT THE DEFENDANT(S) RESIDES IN THE COUNTY IN WHICH THIS ACTION IS BROUGHT; OR THAT THE DEFENDANT(S) TRANSACTED BUSINESS WITHIN THE COUNTY IN WHICH THIS ACTION IS BROUGHT IN PERSON OR THROUGH HIS AGENT AND THAT THE INSTANT CAUSE OF ACTION AROSE OUT OF SAID TRANSACTION

2. PLAINTIFF IS A NATIONAL BANKING ASSOCIATION.

3. ON INFORMATION AND BELIEF DEFENDANT IN PERSON OR BY AGENT MADE CREDIT CARD PURCHASES AND/OR TOOK MONEY ADVANCES UNDER A CREDIT AGREEMENT AT DEFENDANTS' REQUEST; A COPY OF WHICH AGREEMENT WAS FURNISHED TO DEFENDANT AT THE  TIME THE ACCOUNT WAS OPENED.

4. THERE REMAINS AN AGREED BALANCE ON SAID ACCOUNT OF $     7,431.42

5. DEFENDANT(S) IS IN DEFAULT AND DEMAND FOR PAYMENT HAS BEEN MADE.


2ND CAUSE/ACTION:PLAINTIFF STATED AN ACCOUNT TO DEFENDANT WITHOUT OBJECTION THAT THERE IS NOW DUE PLAINTIFF FROM DEFENDANT(S) THE AMOUNT SET FORTH IN THE COMPLAINT, NO PART OF WHICH HAS BEEN PAID, ALTHOUGH DULY DEMANDED.

WHEREFORE, PLAINTIFF DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR THE SUM OF     7,431.42 WITH INTEREST THEREON FROM THE  6 DAY OF MAY          , 2010, TOGETHER WITH THE COSTS AND DISBURSEMENTS OF THIS ACTION

WE ARE DEBT COLLECTORS; ANY                FORSTER & GARBUS LLP
INFORMATION OBTAINED WILL BE USED          ATTORNEY(S) FOR PLAINTIFF
IN ATTEMPTING TO COLLECT THIS DEBT.        500 BI COUNTY BLVD
                                           FARMINGDALE, NY 11735


DATED: THE 14 DAY OF JUNE          , 2010

GLENN S. GARBUS / JOEL D. LEIDERMAN

PURSUANT TO PART 130-1.1-a OF THE RULES OF THE
CHIEF ADMINISTRATOR THIS SIGNATURE APPLIES
TO THE ATTACHED SUMMONS AND COMPLAINT

# AFFIDAVIT OF SERVICE

State of NEW YORK        County of SULLIVAN        Supreme Court

Index Number: 2010-2096
Date Filed: 6/23/2010

Plaintiff:
**AMERICAN EXPRESS BANK, FSB**
vs.
Defendant:
**JOSEPH LANDAU**

Received these papers to be served on **JOSEPH LANDAU, 1123 GLEN WILD RD, WOODRIDGE, NY 12789.**

I, Robert S. Trainor, being duly sworn, depose and say that on the **13th day of July, 2010** at **3:16 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons and Formal Complaint** with **JANE DOE, REFUSED NAME, CO-OCCUPANT,** at **1123 GLEN WILD RD, WOODRIDGE, NY 12789,** the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons and Formal Complaint** in a postpaid envelope addressed to: **1123 GLEN WILD RD, WOODRIDGE, NY 12789** and bearing the words "Personal & Confidential" by First Class Mail on **7/14/2010** and placed in an official depository of the U.S.P.S. in the State of New York.

Said documents were conformed with index number and date of filing endorsed thereon.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
REF #: D74272188372001

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18, and have no interest in the above action.

_____
Robert S. Trainor
Process Server

Subscribed and Sworn to before me on the 15th day
of July, 2010 by the affiant who is personally known to
me.

_____
Deborah A. Accardi
NOTARY PUBLIC, State of New York
No. 01AC6179310
Qualified in Dutchess County
Commission Expires, December 24, 2011

Our Job Serial Number: 2010004153
Ref: 209610

SUPREME COURT OF THE STATE OF NEW YORK          D74272188372001
COUNTY OF SULLIVAN
------------------------------------X          373272188372001

AMERICAN EXPRESS BANK, FSB                      INDEX NO.

                    PLAINTIFF,

        - AGAINST -                             AFFIDAVIT OF FACTS
JOSEPH LANDAU                                   CONSTITUTING THE
                                               CLAIM THE DEFAULT
                                               AND THE AMOUNT DUE
                    DEFENDANT.
------------------------------------X

STATE OF *NY*              )
                          ) SS:
COUNTY OF *NY*            )

        THE UNDERSIGNED, BEING DULY SWORN, DEPOSES AND SAYS:

1. DEPONENT IS AN AUTHORIZED AGENT/OFFICER/MEMBER OF PLAINTIFF HEREIN AND HAS
   PERSONAL KNOWLEDGE OF PLAINTIFF'S BOOKS&RECORDS OF THE ACCOUNT FOR DEFENDANT.
2. PLAINTIFF IS A NATIONAL BANKING ASSOCIATION.

3. ON INFORMATION AND BELIEF DEFENDANT IN PERSON OR BY AGENT MADE CREDIT CARD
PURCHASES AND/OR TOOK MONEY ADVANCES UNDER A CREDIT AGREEMENT AT DEFENDANTS'
REQUEST; A COPY OF WHICH AGREEMENT WAS FURNISHED TO DEFENDANT AT THE TIME
THE ACCOUNT WAS OPENED.
4. THERE REMAINS AN AGREED BALANCE ON SAID ACCOUNT OF $    7,431.42.

5. DEFENDANT(S) IS IN DEFAULT AND DEMAND FOR PAYMENT HAS BEEN MADE.


   PLAINTIFF HAS A GOOD AND MERITORIOUS CAUSE OF ACTION TO WHICH NO VALID DEFENSE
OR COUNTERCLAIM EXISTS.THIS AFFIDAVIT IS BASED ON BOOKS AND RECORDS OF PLAINTIFF
KEPT IN THE USUAL COURSE OF ITS BUSINESS AND UNDER MY SUPERVISION AND CONTROL.
   WHEREFORE, DEPONENT DEMANDS JUDGMENT AGAINST THE ABOVE CAPTIONED
DEFENDANT(S), FOR    $7,431.42 WITH INTEREST FROM   5/06/10 TOGETHER WITH
THE COSTS AND DISBURSEMENTS OF THIS ACTION.


                                        BY: _Jennifer Hartje_____
SWORN TO AND SIGNED BEFORE ME THIS          JENNIFER HARTJE
   8 DAY OF July    , 20 10             ASSISTANT CUSTODIAN
                                        PRINT NAME OF RECORDS

        NOTARY PUBLIC                   FORSTER & GARBUS LLP ATTYS FOR PLTF
                                        500 BI COUNTY BLVD, FARMINGDALE NY 11735
        VANESSA FELICE                  631-393-9400    06/14/10
NOTARY PUBLIC, State of New York
   No. 01FE6202030                          AFFIDAVIT OF FACTS
   Qualified In Queens County
Commission Expires March 9, 2013                              2010-2096
                                                             09/28/2010 02:44:15 PM

                                        Daniel L. Briggs, Sullivan County Clerk    Clerk: PQ

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
----------------------------------------

AMERICAN EXPRESS BANK, FSB

      -against-  Plaintiff,

JOSEPH LANDAU

            Defendant.
----------------------------------------

Index #     2096/10
Account# 373272188372001
Our Ref# D74272188372001

**NON-MILITARY
AFFIRMATION**

      JOEL D. LEIDERMAN, an attorney duly admitted to practice in the courts of this state, affirms the following to be true under penalties of perjury:

    1.   I am associated with FORSTER & GARBUS LLP, the attorneys for the plaintiff, and I am fully familiar with the facts set forth in this affirmation based upon my personal knowledge or review of the file maintained by our office with respect to this action.

    2.   This affirmation is made pursuant to the United Stated Soldiers and Sailor's Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs. 501 et. Seq. for the purpose of the entry of judgment against
JOSEPH LANDAU
defendant(s) in the above entitled action

    3.   I provided the Department of Defense with the pertinent information about the defendent(s), such as date(s) of birth and/or social security number(s) which I know because that information was communicated to our office at the time this account was referred to our office. I requested that a military investigation be conducted.

    4.   Based upon the response I received from the Department of Defense Manpower Data Center dated _____08/30/10_____ I am convinced that the defendant(s) is not in any branch of the United States military.

Dated: Farmingdale, New York
      _____08/30/10_____

                 _____
                 JOEL D. LEIDERMAN

Forster & Garbus LLP
500 Bi-County Blvd, Farmingdale, NY 11735
(631) 393-9400      08/30/10

NON-MILITARY AFFIRMATION

**2010-2096**
09/28/2010  02:44:15 PM

Daniel L. Briggs, Sullivan County Clerk        Clerk: PQ

Case 1:15-cv-01213-ERK-VMS  Document 1  Filed 03/09/15  Page 14 of 41 PageID #: 14

Request for Military Status                                           Page 1 of 2

Department of Defense Manpower Data Center                           Aug-30-2010 06:43:51



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|-----------|-------------|------------|--------------------|--------------------|----------------|
| LANDAU | JOSEPH | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for

Case 1:15-cv-01213-ERK-VMS  Document 1  Filed 03/09/15  Page 15 of 41 PageID #: 15

Request for Military Status                                    Page 2 of 2

purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:FCRNRD9RLB



**SULLIVAN COUNTY – STATE OF NEW YORK**
DANIEL L BRIGGS, COUNTY CLERK
100 NORTH STREET, MONTICELLO, NY 12701

---

**COUNTY CLERK'S RECORDING PAGE**
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

---



| Recording: | |
|---|---|
| Misc Judgment | 45.00 |
| Sub Total: | 45.00 |
| | |
| Total: | 45.00 |

**** NOTICE: THIS IS NOT A BILL ****

RECEIPT NO. : 2010298101

Clerk:    PQ
Instr #:  2010-5604
Rec Date: 09/28/2010 02:52:45 PM
Doc Grp:  J
Descrip:  JUDG
Num Pgs:  2
Rec'd Frm: FORSTER & GARBUS, LLP

Party1:   AMERICAN EXPRESS BANK FSB
Party2:   LANDAU JOSEPH

Record and Return To:

I hereby certify that the within and foregoing was
recorded in the Sullivan County Clerk's Office

*Daniel L. Briggs*

Daniel L. Briggs
Sullivan County Clerk

***THIS IS NOT AN INVOICE***

INDEX NO. 2096/10
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
----------------------------------------
AMERICAN EXPRESS BANK, FSB

                              PLAINTIFFS,

           AGAINST

JOSEPH LANDAU

                              DEFENDANTS.
                    D74272188372001
----------------------------------------
    JUDGMENT      ON DEFAULT *
----------------------------------------

AMOUNT CLAIMED IN COMPLAINT   $    7,431.42
LESS PMTS THRU                $         .00

BALANCE OF CLAIM AMOUNT DUE   $    7,431.42
INTEREST WAIVED               $         .00
ATTORNEYS FEES WAIVED         $         .00

                              $    7,431.42
COSTS BY STATUTE              200.00
SERVICE OF SUMMONS & COMP      30.00
FILING OF SUMMONS & COMP      210.00
MOTION FEE                     45.00
PROSPECTIVE EXECUTION FEE      40.00
FILING OF JUDGMENT
REQ JUD INT
SATISFACTION PIECE
                SUBTOTAL    525.00
                TOTAL     $    7,956.42
    * PURSUANT TO FDCPA, PLEASE TAKE   *
    * NOTICE THAT FORSTER & GARBUS LLP *
    * IS A DEBT COLLECTOR.             *

JUDGMENT ENTERED ON: September 28th, 2010

JUDGMENT IS RENDERED IN FAVOR OF THE
PLAINTIFF
AMERICAN EXPRESS BANK, FSB

200 VESEY ST FL 44   NEW YORK NY 10285

AND AGAINST THE FOLLOWING DEFENDANT(S)
JOSEPH LANDAU
1123 GLEN WILD RD
WOODRIDGE NY 12789

AS HEREIN ABOVE COMPUTED IN THE SUM
OF $ 7,956.42
AND IT IS ADJUDGED THAT THE PLAINTIFF
HAS EXECUTION THEREFORE.

_____ ,CLERK

STATE OF NY, COUNTY OF SUFFOLK  SS:
JOEL D. LEIDERMAN AFFIRMS TRUE UN-
DER PENALTY OF PERJURY: HE IS ASSOC
WITH PLAINTIFF'S ATTY, ADMITTED TO
PRACTICE IN NY;DISBURSEMENTS SPECI-
FIED HEREIN, HAVE BEEN OR WILL
NECESSARILY BE MADE OR INCURRED,ARE
REASONABLE IN AMOUNT; SERVICE OF
SUMMONS/VERIFIED COMPLAINT HAS BEEN
MADE UPON DEFENDANT BY PERSONAL/SUB
SERVICE AS APPEARS BY AFFIDAVIT
OR ACKNOWLEDGEMENT OF SERVICE. THE
TIME OF DEFENDANT/S TO APPEAR
OR ANSWER HAS EXPIRED AND THE DE-
FENDANT/S HAVE NOT APPEARED OR AN-
SWERED.THIS AFFIRMATION IS MADE IN
COMPLIANCE WITH 50 USCS APPX SECS
501 ET SEQ AND N.Y.M.L. 300-328.
THE DEFENDANT IS NOT AT THE
PRESENT TIME IN THE MILITARY OR
NAVAL SERVICE OF THE USA OR OF
ANY ALLIED NATION OF THE USA AS
SUCH TERM IS DEFINED BY THE ACTS OF
CONGRESS. I BASE SUCH STATEMENTS
ABOVE UPON THE FACTS STATED IN THE
ATTACHED DOD MANPOWER DATA REPORT.
AFFIRMANT GAVE ADDITIONAL
NOTICE OF THIS ACTION TO DEFENDANTS
BY MAILING A COPY OF THE SUMMONS
IN FIRST CLASS POSTAGE PAID
ENVELOPES MARKED "PERSONAL AND
CONFIDENTIAL" WITH NO INDICATION
THAT IT WAS FROM AN ATTORNEY OR
CONCERNED AN ALLEGED DEBT
ON        7/26/10
BY DELIVERING IT TO AN EMPLOYEE OF
THE USPS AT OUR OFFICES (USPS
DOMESTIC MAIL MANUAL SEC. 507
SUB 6.0 ET. SEQ.)
THE ENVELOPES WERE ADDRESSED TO


JOSEPH LANDAU

THE DEFENDANT/S  AT
1123 GLEN WILD RD
WOODRIDGE NY 12789


THIS BEING THE LAST KNOWN RESIDENCE
OF THE DEFENDANT/S.
    MORE THAN 20 DAYS HAVE ELAPSED
SINCE THEN, AND THE SUMMONS SO
MAILED HAS NOT BEEN RETURNED BY THE
USPO AS UNDELIVERABLE.
I AFFIRM THE SUMMONS AND COMPLAINT
AND AFFIDAVIT (OR ACKNOWLEDGMENT)
HAVE BEEN FILED IN THIS COURT UNDER
THE ABOVE INDEX #.

DATED:  8/26/10        _____
                       JOEL D. LEIDERMAN
FORSTER & GARBUS LLP, ATTYS FOR PLTF
500 BI CNTY BLV,FRMNGDL NY 631-393-9400

# Exhibit B





**conEdison**

Statement of Account for:
Joseph Landau
480 Bedford Ave, 2FL
Brooklyn, NY 11249

Account Number:
62-2313-0540-0102-4

12/20/12

|  |  |  |  |  |  | PAYMENTS | |
|---|---|---|---|---|---|---|---|
| Rate EL1 - Residential | | | Meter No. 6376805   Multiplier: 1 | | | Security Deposit: | $0.00 |
| Date | Rdg Type | Days | Rdg | KWH Usage | Amount | Date | Amount |
| 12/03/10 | ACT | 32 | 27732 | 693 | $164.57 | 12/15/10 | $450.00 |
| 11/01/10 | ACT | 31 | 27039 | 664 | $147.32 | 09/22/10 | $265.00 |
| 10/01/10 | ACT | 30 | 26375 | 1407 | $305.17 | 07/27/10 | $260.00 |
| 09/01/10 | ACT | 29 | 24968 | 577 | $129.13 | 07/02/10 | $117.00 |
| 08/03/10 | ACT | 32 | 24391 | 473 | $129.66 | 04/13/10 | $300.00 |
| 07/02/10 | ACT | 29 | 23918 | 1001 | $258.27 | 01/13/10 | $1,000.00 |
| 06/03/10 | ACT | 30 | 22917 | 712 | $191.49 | 01/11/10 | $160.00 |
| 05/04/10 | ACT | 28 | 22205 | 698 | $188.77 | | |
| 04/06/10 | ACT | 29 | 21507 | 654 | $149.27 | | |
| 03/08/10 | ACT | 32 | 20853 | 688 | $144.06 | | |
| 02/04/10 | ACT | 62 | 20165 | 612 | $137.85 | | |
| 01/05/10 | ACT | | 19553 | 750 | $159.29 | | |
| 12/04/09 | | | 18803 | | | | |

Summary Balance
brought forward          12/31/09          $605.28

**Charges**

| | |
|---|---|
| Electric Bills Prepared | $2,104.85 |
| Transfer Charges | $0.00 |
| Debit Adjustments | $0.00 |
| Late Payment Charges | $12.86 |

| | |
|---|---|
| Total Charges | $2,117.71 |
| Total Debits | $2,722.99 |

**Credits**

| | |
|---|---|
| Payments | $2,552.00 |
| Transfer Credits | $0.00 |
| Credit Adjustments | $5.86 |
| Late Payment Credits | $0.00 |

| | |
|---|---|
| Total Credits | $2,557.86 |
| Balance Due Customer | $165.13 |

 **CHASE**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

June 11, 2010 through July 13, 2010
Primary Account: **000004111068724**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00007049 DRE 802 210 19510 - NNNNN  1  000000000 28 0000
JOSEPH A LANDAU
OR LIBA LANDAU
480 BEDFORD AVE
BROOKLYN NY 11211-6623



## Important information about your Deposit Account Agreement

We are improving the way we handle Overdraft Protection Transfers. If you have Overdraft Protection, the following are changes to the "Overdraft Protection Services" section of your Deposit Account Agreement, effective July 19, 2010. We will replace the "Maximum Overdraft Protection Amount" paragraph with the following:

**"4. Maximum Overdraft Protection Amount:** The amount of a Transfer will not exceed the amount available in the Funding Account. (The Funding Account is the savings account, credit card account, or other line of credit account linked to your checking account for Overdraft Protection.) If the amount available is insufficient to pay all checks and other customer initiated transactions, plus the Transfer Fee, in multiples of $50.00, then we will initiate a Transfer in the amount necessary to pay one or more transactions, plus the Transfer Fee. If the amount available is sufficient to pay one or more transactions, but not the Transfer Fee, we will initiate a Transfer in the amount necessary to pay the transaction or transactions only. We will, however, charge the Transfer Fee against the account, causing the account to be overdrawn. Any checks or other customer initiated transactions that are not paid by the Transfer will either be paid or returned, and Insufficient Funds Fees or Returned Item Fees charged, in the same way as if you did not have Overdraft Protection."

As a reminder, we do not charge an Overdraft Protection Transfer Fee if your ending account balance, before any Overdraft Protection Transfers are made, is overdrawn $5 or less. The Overdraft Protection Transfer Fee is waived for Chase Premier Platinum Checking(SM) and Chase Premier Platinum Asset Management(SM) accounts.

All other terms and conditions of your Deposit Account Agreement remain the same. If you have questions, please call us at 1-800-935-9935.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 000004111068724 | $7.56 | $88.56 |
| Chase Premier Checking | 000000808590525 | 4.18 | 104.18 |
| Total | | $11.74 | $192.74 |
| | | | |
| **TOTAL ASSETS** | | **$11.74** | **$192.74** |

 **CHASE**

June 11, 2010 through July 13, 2010
Primary Account: **000004111068724**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:** $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                  **Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.                           **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                  **Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:     $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



CHASE

June 11, 2010 through July 13, 2010
Primary Account: **000004111068724**

## CONSOLIDATED BALANCE SUMMARY *(continued)*

### CREDIT CARDS, LOANS & LINES OF CREDIT



| | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| **Credit Cards** | | | |
| Overdraft Protection Line of Credit | ***********1928 | $339.04 | $1,660.96 |
| **Total** | | **$339.04** | **$1,660.96** |
| | | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$339.04** | **$1,660.96** |

**All Summary Balances** shown are as of July 13, 2010 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.


**CHASE**

June 11, 2010 through July 13, 2010
Primary Account: **000004111068724**

## CHASE PREMIER CHECKING

JOSEPH A LANDAU

OR LIBA LANDAU

Account Number: 000004111068724

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$7.56** |
| Deposits and Additions | 300.00 |
| Electronic Withdrawals | - 219.00 |
| **Ending Balance** | **$88.56** |
| Annual Percentage Yield Earned This Period | 0.00% |

This message confirms your enrollment in the  Classic Benefits Package.

Good news.  Your Chase Premier Checking monthly service fee was waived because you kept an average combined balance of $15,000 in qualifying checking, savings, credit, securities and mortgage loan accounts during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | ATM Check Deposit | $300.00 |
| **Total Deposits and Additions** | | **$300.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 07/01 | 54000 Tflic | Payment | PPD ID: 1222824743 | $209.00 |
| 07/02 | Nase | Nase Dues | PPD ID: 1751875027 | 10.00 |
| **Total Electronic Withdrawals** | | | | **$219.00** |



June 11, 2010 through July 13, 2010
Primary Account: **000004111068724**

## CHASE PREMIER CHECKING



JOSEPH A LANDAU                                     Account Number: 000000808590525

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$4.18** |
| Deposits and Additions | 100.00 |
| **Ending Balance** | **$104.18** |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of  Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/12 | ATM Cash Deposit | $100.00 |
| **Total Deposits and Additions** | | **$100.00** |



This Page Intentionally Left Blank

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 14, 2010 through August 11, 2010
Primary Account: **000004111068724**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00009029 DRE 802 210 22410 - NNNNN  1 000000000 28 0000
JOSEPH A LANDAU
OR LIBA LANDAU
480 BEDFORD AVE
BROOKLYN NY 11211-6623



# CONSOLIDATED BALANCE SUMMARY

## ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 000004111068724 | $88.56 | $49.56 |
| Chase Premier Checking | 000000808590525 | 104.18 | 104.18 |
| **Total** | | **$192.74** | **$153.74** |
| **TOTAL  ASSETS** | | **$192.74** | **$153.74** |

## CREDIT CARDS, LOANS & LINES OF CREDIT

| Credit Cards | ACCOUNT | AVAILABLE CREDIT | BALANCE |
|---|---|---|---|
| Overdraft Protection Line of Credit | ************1928 | $339.04 | $1,660.96 |
| **Total** | | **$339.04** | **$1,660.96** |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | | **$339.04** | **$1,660.96** |

**All Summary Balances** shown are as of August 11, 2010 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

 **CHASE**

July 14, 2010 through August 11, 2010
Primary Account: **000004111068724**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance: $**_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Step 2 Total: $**_____

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total: $**_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Step 4 Total: -$**_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



July 14, 2010 through August 11, 2010
Primary Account: **000004111068724**

## CHASE PREMIER CHECKING

JOSEPH A LANDAU

OR LIBA LANDAU

Account Number: 000004111068724

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$88.56** |
| Deposits and Additions | 180.00 |
| Electronic Withdrawals | - 219.00 |
| **Ending Balance** | **$49.56** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |

This message confirms your enrollment in the  Classic Benefits Package.

Good news.  Your Chase Premier Checking monthly service fee was waived because you kept an average combined balance of $15,000 in qualifying checking, savings, credit, securities and mortgage loan accounts during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | Online Transfer From  Chk Xxxxx2548 Transaction#: 433017546 | $180.00 |
| **Total Deposits and Additions** | | **$180.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 08/02 | 54000 Tflic | Payment | PPD ID: 1222824743 | $209.00 |
| 08/03 | Nase | Nase Dues | PPD ID: 1751875027 | 10.00 |
| **Total Electronic Withdrawals** | | | | **$219.00** |



July 14, 2010 through August 11, 2010
Primary Account: **000004111068724**

## CHASE PREMIER CHECKING

JOSEPH A LANDAU                                     Account Number: 000000808590525

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$104.18** |
| **Ending Balance** | **$104.18** |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of   Chase Premier Checking account.

Case 1:15-cv-01213-ERK-VMS   Document 1   Filed 03/09/15   Page 31 of 41 PageID #: 31

 **CHASE**

### Point. Shoot. Deposit.

Now depositing checks is even easier than before with Chase QuickDeposit $^{SM}$. Just snap a picture of the front and back or your endorsed check using the free Chase Mobile $^{SM}$ app on your iPhone$^®$ and hit send. It's fast, easy and best of all – it's free for eligible Chase checking customers.

**Deposit faster with iPhone** – anytime - anywhere

**Safe and secure** – Get immediate confirmation that your images have successfully uploaded.

**Save time** – Save yourself a trip and skip the deposit slip

**It's free** – Download the Chase Mobile app from the App Store and use it for free. (Check your mobile carrier's agreement for any data transfer fees that may apply)

**To learn more about QuickDeposit visit chase.com/QuickDeposit.**



Must download Chase Mobile App from the App Store $^{SM}$ and enroll in Chase Online $^{SM}$. Requires iPhone$^®$ 3 or higher. App Store and iPhone are trademarks of Apple, Inc. Message and data rates from your wireless provider may apply. Subject to eligibility and further review. Deposits are subject to verification and not available for immediate withdrawal. Deposit limits and other restrictions apply.



This Page Intentionally Left Blank



## New Charges: Jun 10 - Jul 9

**Voice Services**

| | | |
|---|---|---|
| 1 Directory Assistance Calls | | $1.50 |
| In State | | |
| Requests: | 1 at  $1.50 | |
| 2 Pay-Per-Use Services* | | .75 |
| 3 Monthly Charge for Dial Tone | | .00 |
| 4 Verizon Freedom Essentials | | 44.99 |
| 5 Anonymous Call Rejection | | .00 |
| 6 Three-Way Calling | | 5.75 |
| 7 Inside Wire Maintenance | | 6.99 |
| 8 Network Interface | | .00 |
| 9 Maintenance Plan Freedom Credit | | -1.00 |
| 10 VLD Itemized Calls | | .67 |
| 11 VLD Federal Universal Service | | .73 |
| 12 VLD International Choice Plan with City Rates | | 4.99 |
| **Total Voice Services** | | **$65.37** |

**Specials and Promotions**

| | | |
|---|---|---|
| 13 Dwnstate FR Essentials PR thru Feb 10, 2011 ($10.00 off Local) | | - $10.00 |
| **Total Specials and Promotions** | | **- $10.00** |

**Taxes, Fees & Other Verizon Charges**

Voice

| | |
|---|---|
| 14 Federal Tax | $.48 |
| 15 NY State/Local Sales Tax | 5.25 |
| 16 911 Surcharge | 1.00 |
| 17 Federal USF Surcharge | .98 |
| 18 USF - Long Distance | 2.30 |
| 19 Surcharge(s) | 2.81 |
| 20 FCC Line Charge | 6.41 |
| 21 VLD NY Gross Receipts Tax Surcharge | .15 |
| 22 VLD NY Metropolitan Transit Auth. Surcharge | .03 |
| **Total Taxes, Fees & Other Verizon Charges** | **$19.41** |

| | |
|---|---|
| **Total New Charges** | **$74.78** |

**Questions?**
Visit verizon.com
or call 1-800-VERIZON (1-800-837-4966)

**Verizon Freedom Essentials**
Price shown includes $17.95
for long distance.



**For Your
Information**
*continued*



JOSEPH LANDAU

## Account Summary

| | |
|---|---|
| Previous Charges | $ -102.76 |
| Payment Received | .00 |
| **Credit Balance** | **$ -102.76** |
| | |
| **New Charges** | |
| Voice Services | 65.37 |
| Specials and Promotions | - 10.00 |
| Taxes, Fees & Other Verizon Charges | 19.41 |
| **Total New Charges Due Jul 6** | **$74.78** |
| | |
| **Total Due** | **$ -27.98** |

These monthly charges are for your service from
June 10 to July 9.

### $$$

**Check Out Our New Bundles!**

*Call 1-888-226-8139 to find out
about new bundles and features
for Verizon customers. Make sure
you are getting the best value
for your TV, Internet and Phone
services. We can help you choose
the combination of services
that's right for your needs.*



**Calling Beyond Borders?**

*Call 1-866-614-3974 for the Verizon
World Plan 300. Get 300 minutes for
$14.99/mo. & call wireline or wireless
phones in over 100 countries! Or, ask
about the Verizon World Plan 500 or
Unlimited plans. Terms, restrictions
& premium surcharges may apply.*

### 1-866-VZ-MOVES

*MOVING? Call 1-866-VZMOVES*

*Before you move, call Verizon so we
can set up your TV, Internet and phone
in your new home, hassle-free and
often on the same day. Plus, ask
about our great new money saving
bundle offers. Don't wait. Call ahead!
1-866-VZMOVES.
Service availability varies.*

**Questions about your bill?**
Visit verizon.com or call 1-800-VERIZON (1-800-837-4966)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Account:  718 486 5131 929 22 5

New Charges Due:  Jul 6, 2010

Total Due  $ -27.98          061010

00000384 01 MB  0.404  08500182 0003 XX
LANDAU  JOSEPH
480 BEDFORD AVE APT 2
BROOKLYN NY  11249-6623

VERIZON
PO BOX 1100
ALBANY NY 12250-0001

0200718486513192902211O2    1O196OOOOO1O276100000O279817



JOSEPH LANDAU

## Account Summary

| Previous Charges | $ -27.98 |
|---|---|
| Payment Received | .00 |
| **Credit Balance** | **$ -27.98** |

| New Charges | |
|---|---|
| Voice Services | 63.47 |
| Specials and Promotions | - 11.00 |
| Taxes, Fees & Other Verizon Charges | 18.80 |
| **Total New Charges Due Aug 4** | **$71.27** |
| **Total Due** | **$43.29** |

**These monthly charges are for your service from
July 10 to August 9.**



### Save On Int'l Calls

*Verizon World Plan 300 offers 300
mins. for $14.99/mo. to call
wireline or wireless phones in 100+
countries or int'l. destinations.
Call 1-888-647-8090 to order or ask
about our Verizon World Plan 500 &
our Unlimited plans. Terms, restrict.
and premium surcharges may apply.*



### Getting The Best Value?

*Find out about our new bundles and
features by calling 1-888-505-1566.
We'll help you find new ways to save
on TV, Internet and Phone services.
Call today & choose from a wide
combination of services that best fit
your needs and budget.*

### 1-866-VZ-MOVES

**MOVING? Call 1-866-VZMOVES**
*Before you move, call Verizon so we
can set up your TV, Internet and Phone
for your new home, before you even
unlock the door. Plus, ask about our
great new money saving bundle offers.
Don't wait. Call ahead! 1-866-VZMOVES.*
*Service availability varies.*

**Questions about your bill?**
Visit verizon.com or call 1-800-VERIZON (1-800-837-4966)

------------------------------------------------------------

▼ Detach & return remit slip with your payment to Verizon.

Account:  718 486 5131 929 22 5

**New Charges Due:** Aug 4, 2010

**Total Due $43.29**          071010

**Amount Paid:**            $ ☐☐.☐☐

00000385 01 MB  0.404   08500182 0003 XX
LANDAU JOSEPH
480 BEDFORD AVE APT 2
BROOKLYN NY  11249-6623

VERIZON
PO BOX 1100
ALBANY NY 12250-0001

0200718486513192902211102   1022500000027981000000432903



## New Charges: Jul 10 - Aug 9

**Questions?**
Visit verizon.com
or call 1-800-VERIZON (1-800-837-4966)

### Voice Services

| | | |
|---|---|---|
| 1 | Monthly Charge for Dial Tone | $.00 |
| 2 | Verizon Freedom Essentials | 44.99 |
| 3 | Anonymous Call Rejection | .00 |
| 4 | Three-Way Calling | 5.75 |
| 5 | Inside Wire Maintenance | 6.99 |
| 6 | Network Interface | .00 |
| 7 | VLD Itemized Calls | .16 |
| 8 | VLD Federal Universal Service | .59 |
| 9 | VLD International Choice Plan with City Rates | 4.99 |
| | **Total Voice Services** | **$63.47** |

### Specials and Promotions

| | | |
|---|---|---|
| 10 | Maintenance Plan Freedom Credit ($1.00 off Local) | - $1.00 |
| 11 | Dwnstate FR Essentials PR thru Feb 10, 2011 ($10.00 off Local) | - 10.00 |
| | **Total Specials and Promotions** | **- $11.00** |

### Taxes, Fees & Other Verizon Charges

Voice

| | | |
|---|---|---|
| 12 | Federal Tax | $.41 |
| 13 | NY State/Local Sales Tax | 5.02 |
| 14 | 911 Surcharge | 1.00 |
| 15 | Federal USF Surcharge | .84 |
| 16 | USF - Long Distance | 2.30 |
| 17 | Surcharge(s) | 2.69 |
| 18 | FCC Line Charge | 6.38 |
| 19 | VLD NY Gross Receipts Tax Surcharge | .13 |
| 20 | VLD NY Metropolitan Transit Auth. Surcharge | .03 |
| | **Total Taxes, Fees & Other Verizon Charges** | **$18.80** |

**Total New Charges**          **$71.27**

Case 1:18-cv-01213-ERK-VMS   Document 1   Filed 03/09/18   Page 38 of 41 PageID #: 38



**Restatement of Charges:**

| Charge Type | New Charges |
|---|---|
| Basic | - $2.09 |
| Regional Calls | $.00 |
| Non-Basic | $67.46 |
| All Other | $5.90 |
| **Total** | **$71.27** |

Basic includes local telephone service, associated order and installation charges, subscriber line charge, non-published service and applicable tax and fees.

Regional Calls include Intralata toll and Inter-regional calling, Directory Assistance and applicable tax and fees.

Non-Basic includes, but is not limited to, Caller ID Freedom  and Local packages, Home Voice Mail, Inside Wire Maintenance plans and applicable tax and fees.

All Other includes long distance services, services provided by other companies, and applicable tax and fees.

**Questions?**
Visit verizon.com
or call 1-800-VERIZON (1-800-837-4966)

**Restatement of Charges**
The Restatement of Charges chart displays your charges by category. If you do not pay your bill in full each month, your payment will be applied to your account as follows: Basic, Regional Calls, Non-Basic, and All Other. This payment order helps you to maintain your basic local service if you cannot pay your bill in full.



Billing Date: **08/10/10**   Page 1
Telephone Number: 718 486 5131
Account:   718 486 5131 929 22 5

JOSEPH LANDAU

## Account Summary

| Previous Charges | $43.29 |
|---|---|
| Payment Received Jul 27. Thank You. | - 125.00 |
| **Credit Balance** | **$ -81.71** |

| New Charges | |
|---|---|
| Voice Services | 64.79 |
| Specials and Promotions | - 11.00 |
| Change in Service and Partial Month | .45 |
| Taxes, Fees & Other Verizon Charges | 18.59 |
| **Total New Charges Due Sep 7** | **$72.83** |
| **Total Due** | **$ -8.88** |

These monthly charges are for your service from
August 10 to September 9.



### Int'l Calls About 5¢/Minute!

Get 300 mins. to call 100+ countries
& Int'l destinations, ONLY $14.99/mo.
with Verizon World Plan 300. That's
about 5 cents a minute! Call
1-888-649-8090 to order. Ask about
the Verizon World Plan 500 &
Unlimited plans. Terms, restrictions
& premium surcharges may apply.

### $$$

### Get More For Your Money!

Find out about our new bundles and
features by calling 1-888-505-1568!
We'll help you find new ways to save
on TV, Internet and Phone services.
Call today and choose from a wide
variety of options that best fit your
needs and budget.

### 1-866-VZ-MOVES

### MOVING? Call 1-866-VZMOVES

Before you move, call Verizon so we
can set up your TV, Internet and Phone
for your new home, before you even
unlock the door. Plus, ask about our
great new money saving bundle offers.
Don't wait. Call ahead! 1-866-VZMOVES.
Service availablility varies.

**Questions about your bill?**
Visit verizon.com or call 1-800-VERIZON (1-800-837-4966)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Account:  718 486 5131 929 22 5

**New Charges Due:**  Sep  7, 2010

**Total Due  $ -8.88**                    081010

00000075 01 SP  0.450   08500201 0003 XX
LANDAU  JOSEPH
480 BEDFORD AVE APT 2
BROOKLYN NY  11249-6623

VERIZON
PO BOX 1100
ALBANY NY 12250-0001

0200718486513192902211102   1025900000817110000000088815



## New Charges: Aug 10 - Sep 9

**Voice Services**

| | | |
|---|---|---:|
| 1 | Monthly Charge for Dial Tone | $ .00 |
| 2 | Verizon Freedom Essentials | 44.99 |
| 3 | Anonymous Call Rejection | .00 |
| 4 | Three-Way Calling | 6.25 |
| 5 | Inside Wire Maintenance | 7.99 |
| 6 | Network Interface | .00 |
| 7 | VLD Federal Universal Service | .57 |
| 8 | VLD International Choice Plan with City Rates | 4.99 |
| | **Total Voice Services** | **$64.79** |

**Specials and Promotions**

| | | |
|---|---|---:|
| 9 | Maintenance Plan Freedom Credit ($1.00 off Local) | - $1.00 |
| 10 | Dwnstate FR Essentials PR thru Feb 10, 2011 ($10.00 off Local) | -10.00 |
| | **Total Specials and Promotions** | **- $11.00** |

**Change in Service and Partial Month**

| | | |
|---|---|---:|
| 11 | Three-Way Calling Aug 1 - Aug 9 | $ .15 |
| 12 | Inside Wire Maintenance Aug 1 - Aug 9 | .30 |
| | **Total Change in Service and Partial Month** | **$.45** |

**Taxes, Fees & Other Verizon Charges**

Voice

| | | |
|---|---|---:|
| 13 | Federal Tax | $ .44 |
| 14 | NY State/Local Sales Tax | 5.22 |
| 15 | 911 Surcharge | 1.00 |
| 16 | Federal USF Surcharge | .87 |
| 17 | USF - Long Distance | 1.70 |
| 18 | Surcharge(s) | 2.81 |
| 19 | FCC Line Charge | 6.39 |
| 20 | VLD NY Gross Receipts Tax Surcharge | .13 |
| 21 | VLD NY Metropolitan Transit Auth. Surcharge | .03 |
| | **Total Taxes, Fees & Other Verizon Charges** | **$18.59** |

| **Total New Charges** | **$72.83** |
|---|---:|

**Questions?**
Visit verizon.com
or call 1-800-VERIZON (1-800-837-4966)

**Change in Service and Partial Month**
Includes all partial month charges
and credits including those for
promotions and bundles as well as
activation and installation charges.
Bill cycles vary by product. See
explanation under Bill Cycle Dates
on page two.

**For Your Information**

Case 1:15-cv-01213-ERK-VMS   Document 1   Filed 03/09/15   Page 41 of 41 PageID #: 41


**verizon**

**For Your Information**
*continued*

For Verizon World Plan, these rate changes will only apply to minutes which are over the included plan minutes. Verizon Long Distance offers a variety of calling plans to meet your needs.
Visit verizon.com or call us at 1-800-VERIZON for more information.

**Restatement of Charges:**

| Charge Type | New Charges |
|---|---|
| Basic | - $2.04 |
| Regional Calls | $.00 |
| Non-Basic | $69.15 |
| All Other | $5.72 |
| **Total** | **$72.83** |

Basic includes local telephone service, associated order and installation charges, subscriber line charge, non-published service and applicable tax and fees.

Regional Calls include Intralata toll and Inter-regional calling, Directory Assistance and applicable tax and fees.

Non-Basic includes, but is not limited to, Caller ID Freedom and Local packages, Home Voice Mail, Inside Wire Maintenance plans and applicable tax and fees.

All Other includes long distance services, services provided by other companies, and applicable tax and fees.

**Questions?**
Visit verizon.com
or call 1-800-VERIZON (1-800-837-4966)

**Restatement of Charges**
The Restatement of Charges chart displays your charges by category. If you do not pay your bill in full each month, your payment will be applied to your account as follows: Basic, Regional Calls, Non-Basic, and All Other. This payment order helps you to maintain your basic local service if you cannot pay your bill in full.